CHALLENGE CLOTHES, INC. *v.* JOSEPH J. POPP

[No. 47, January Term, 1943.]

*Decided April 8, 1943.*

The cause was argued before SLOAN, C. J., DELAPLAINE, COLLINS, MARBURY, GRASON, MELVIN, and ADAMS, JJ.

*Jacob Kartman* for the appellant.

*George W. Della III,* with whom was *Webster C. Tall* on the brief, for the appellee.

DELAPLAINE, J., delivered the opinion of the Court.